[No. 70754-0-I. Division One. July 14, 2014.]

KATHY A. STEVENS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-05854-5, Marybeth Dingledy, J., entered July 17, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71060-5-I. Division One. July 14, 2014.]

STEPHEN MYNATT ET AL., *Appellants*, v. GORDON TRUCKING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-09860-2, Garold E. Johnson, J., entered April 16, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Schindler, JJ. Now published at 183 Wn. App. 253.

[No. 71062-1-I. Division One. July 14, 2014.]

PILCHUCK CONTRACTORS, INC., *Appellant*, v. DAVID D. BERKA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-14998-3, Ronald E. Culpepper, J., entered July 19, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 42964-1-II. Division Two. July 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED JOSEPH SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00591-9, Christine A. Pomeroy, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Hunt, J.